PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Ramirez-Flores, Enrique | Docket No. | 0980 2:18CR00093-RMP-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Stephen Krous, Pretrial Services officer, presenting an official report upon the conduct of defendant Enrique Ramirez-Flores, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on June 14, 2018, under the following conditions:

**Standard Condition #2:** Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**Standard Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Mr. Ramirez-Flores is considered to be in violation of his conditions of release by failing to report a change of address on or about August 7, 2018.

On June 26, 2018, this officer met Mr. Ramirez-Flores at his residence in Oroville, Washington, and reviewed the pretrial release conditions and the defendant verbalized and signed acknowledging he understood the release conditions, to include Standard Condition #2.

On July 25, 2018, this officer contacted Mr. Ramirez-Flores at his listed residence which is located at 616 11th Avenue, Oroville, Washington. The defendant reported no changes at the time and stated he was doing fine. On July 31, 2018, Mr. Ramirez-Flores contacted this officer by phone for his weekly check-in and once again reported no changes. On August 6, 2018, Mr. Flores failed to contact this officer by phone for his weekly check-in. Several attempts to contact the defendant were made by the undersigned but were all met with negative results. On August 10, 2018, contact was made with the defendant's mother who reported Mr. Ramirez-Flores had lost his cell phone and had "taken off" on or about August 7, 2018. She related he was no longer residing at his listed residence in Oroville, Washington, and did not know of his current whereabouts. On August 16, 2018, a local police officer went to the defendant's residence and spoke with the caretaker of the property who notified the officer that no one was residing in the defendant's apartment and no one has resided there for about a month.

**Violation #2:** Mr. Ramirez-Flores is considered to be in violation of his conditions of release by failing to contact his probation officer by phone on August 6 and 13, 2018.

On June 26, 2018, this officer met Mr. Ramirez-Flores at his residence in Oroville, Washington and reviewed the pretrial release conditions and he verbalized and signed acknowledging he understood the release conditions, to include Standard Condition #6.

On June 26, 2018, this officer met with Mr. Ramirez-Flores for an intake appointment at which time he was directed to contact this officer by phone every Monday between 8:30 a.m. and 4:30 p.m. The defendant stated he understood his telephone reporting instructions and agreed to comply with this officer's directive.

**Re: Ramirez-Flores, Enrique**
**August 16, 2018**
**Page 2**

On July 25, 2018, this officer contacted Mr. Ramirez-Flores at his listed residence which is located at 616 11th Avenue, Oroville, Washington. The defendant reported no changes at the time and stated he was doing fine. On July 31, 2018, Mr. Ramirez-Flores contacted this officer by phone for his weekly check-in and once again reported no changes. On August 6, 2018, Mr. Flores failed to contact this officer by phone for his weekly check-in. Several attempts to contact the defendant were made by the undersigned but were all met with negative results. On August 10, 2018, contact was made with the defendant's mother who reported Mr. Ramirez-Flores had lost his cell phone and had "taken off" on or about August 7, 2018. She related he was no longer residing at his listed residence in Oroville, Washington, and did not know of his current whereabouts. On August 13, 2018, the defendant once again failed to contact this officer by phone for his weekly check-in. On August 16, 2018, a local police officer went to the defendant's residence and spoke with the caretaker of the property who notified the officer that no one was residing in the defendant's apartment and no one has resided there for about a month.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: ___August 16, 2018___ |
| by | s/Stephen Krous |
|  | Stephen Krous<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]    Defendant to appear before the Judge assigned to the
case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

___August 17, 2018___
Date