FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ENRIQUE RAMIREZ-FLORES,<br><br>　　　　　　　　Defendant. | NO: 2:18-CR-93-RMP<br><br>ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE<br><br>**\*\*U.S. MARSHAL ACTION REQUIRED\*\*** |

　　　　BEFORE THE COURT is the decision to dismiss Defendant Enrique Ramirez Flores's indictment with or without prejudice. In this Court's prior order, this Court found that Defendant's rights under the Speedy Trial Act were violated and ordered dismissal of the indictment. ECF No. 52. Before deciding whether to dismiss the indictment with or without prejudice, the Court invited the parties to file objections or responses to the Court's preliminary finding to dismiss the indictment without prejudice. *Id.* Having reviewed the parties' responses to this Court's Order at ECF Nos. 53, 54, the Court is fully informed. For the reasons

**\*\*U.S. MARSHAL ACTION REQUIRED\*\***ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE ~ 1

articulated in this Court's prior Order, the Court dismisses the indictment, ECF No. 16, without prejudice.

Accordingly, **IT IS HEREBY ORDERED** that the Indictment, **ECF No. 16**, is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** November 8, 2018.

                                    *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                    United States District Judge